UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO NOVA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL F. MARTUSCELLO, *et al.*,<br><br>Defendants. | No. 24-CV-1574 (KMK)<br><br><u>ORDER</u> |

KENNETH M. KARAS, United States District Judge:

On November 18, 2025, the Court instructed counsel for Defendants to contact Plaintiff's facility regarding Plaintiff's mail access and file a letter with the Court confirming that counsel had done so. (*See* Dkt. (minute entry for Nov. 18, 2025).)[1]

On November 19, 2025, Assistant Attorney General Robert Feliu submitted a Letter to the Court advising that he had "corresponded with the facility, advised the facility of Plaintiff's allegations, and . . . was personally advised that the allegations would be investigated." (*See* Dkt. No. 56.) Plaintiff subsequently alleged mail tampering in letters filed on December 16, 2025 (Dkt. No. 61) and January 28, 2026 (Dkt. No. 62). The Court has not been advised of the results of any investigation into alleged mail tampering.

Accordingly, counsel for Defendants shall file a letter on the results of the investigation no later than Thursday, October 22, 2026. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

---

[1] Plaintiff filed a Notice of Change of Address advising the Court that he has been transferred to Attica Correctional Facility. (*See* Dkt. No. 69.) The relevant facility for Plaintiff's mail tampering allegations is his previous residence, Clinton Correctional Facility. (*See, e.g.*, Dkt. No. 56.)

SO ORDERED.

DATED: October 15, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE